**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION



United States Courts
Southern District of Texas
FILED

OCT 26 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| AGUSTO LAZO-AGUIRRE<br>TONY PEREZ<br>CARLOS CHAYANE MORALES<br>FRANCISCO SOLANO-HUERTA<br>JUANA GUADALUPE JOYA<br>MARCO ANTONIO DURAN-MILLAN<br>RAFAEL ORTUNO CARRENO<br>GABRIEL SANTIAGO-OCHOA | § § § § § § § § § § | **16-15** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about July 1, 2015, until on or about February 22, 2016, in the Galveston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

AGUSTO LAZO-AGUIRRE,
TONY PEREZ,
CARLOS CHAYANE MORALES,
FRANCISCO SOLANO-HUERTA,
JUANA GUADALUPE JOYA,
MARCO ANTONIO DURAN-MILLAN,
RAFAEL ORTUNO CARRENO,
GABRIEL SANTIAGO-OCHOA
and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled

substance. This violation involved more than fifty (50) grams of methamphetamine, or more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, and more than five (5) kilograms of cocaine, all of which are Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about July 20, 2015, in the Galveston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**AGUSTO LAZO-AGUIRRE
and TONY PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately one and eighty-six hundredths (1.86) kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 22, 2016, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**RAFAEL ORTUNO CARRENO,**

then, being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce, one (1) firearm, to wit: a Smith & Wesson nine (9)

millimeter caliber pistol, serial number "TFL8982".

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT FOUR

On or about January 23, 2016, in the Galveston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### CARLOS CHAYANE MORALES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, to wit: approximately one hundred nine and eight-tenths (109.8) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

On or about February 5, 2016, in the Galveston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### CARLOS CHAYANE MORALES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, to wit: approximately fifty-four and four-tenths (54.4) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

On or about February 11, 2016, in the Southern District of Texas and within the jurisdiction

of the Court, the defendants,

AGUSTO LAZO-AGUIRRE
and MARCO ANTONIO DURAN-MILLAN,

then, each being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce, firearms, to wit: a Ruger Model P-85, 9mm pistol, serial number "300-40621", and a Ruger Model Mini-14, .223 caliber semi-automatic rifle, serial number "185-56819".

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(2), and 2.

## COUNT SEVEN

On or about February 12, 2016, in the Galveston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

CARLOS CHAYANE MORALES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, to wit: approximately two hundred eighteen and six-tenths (218.6) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT EIGHT

On or about February 12, 2016, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

GABRIEL SANTIAGO OCHOA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved more than five (5) grams of methamphetamine, to wit: approximately one hundred twenty-nine and five-tenths (129.5) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

Original signature on File
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney

5